**Mary Ann MILLER, Respondent,**

v.

**ST. MARY'S REGIONAL HEALTH CENTER, n/k/a St. Mary's Innovis Health, Self–Insured/Berkley Risk Administrators Company, L.L.C., Relator,**

and

**Meritcare Health System, Blue Cross Blue Shield of Minnesota, Progressive Preferred, and Madison National Life Insurance Company, Intervenors.**

No. A11–475.

Supreme Court of Minnesota.

June 29, 2011.

Edward Q. Cassidy, Lori–Ann C. Jones, Fredrikson & Byron, P.A., Minneapolis, Minnesota, for relator.

Jeffrey R. Hannig, Hannig & Associates, P.A., Fargo, North Dakota, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 14, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice